UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONT ELKINS,<br><br>                Plaintiff,<br><br>   v.<br><br>NANCY A BERRYHILL, Acting Commissioner of Social Security,<br><br>                Defendant. | Case No. 5:17-cv-00248-KES<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner of the Social Security Administration is AFFIRMED and this action is dismissed with prejudice.

DATED: January 4, 2018

                                                */s/ Karen E. Scott*
                                                KAREN E. SCOTT
                                                United States Magistrate Judge